# Third District Court of Appeal
## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2022-1800
Lower Tribunal No. 18-8002 CC
_____

**Mercantil Bank, N.A.,**
Appellant,

vs.

**Doctor Battery, Inc., et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Law Offices of Victor K. Rones, P.A., Victor K. Rones and Jeremy S. Rones, for appellant.

Law Office of Ray Garcia, P.A., Ray Garcia and Nataline Garcia, for appellees.

Before LOGUE, C.J., and FERNANDEZ and HENDON, JJ.

PER CURIAM.

Affirmed.